UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 19-11433

JOHN J. O'BRIEN and
ELIZABETH TAVARES

                Plaintiffs,

                v.

HON. ROBERT A. MULLIGAN (Ret.),

                Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as the attorney for the Defendant Hon. Robert A. Mulligan (Ret.) in the above-captioned action.

                DEFENDANT
                ROBERT A. MULLIGAN (Ret.),
                By its Attorneys

                MAURA HEALEY
                ATTORNEY GENERAL

                /s/ Jesse M. Boodoo
                Jesse M. Boodoo, BBO No. 678471
                Assistant Attorney General
                Government Bureau/Trial Division
                One Ashburton Place, 18th Floor
                Boston, MA  02108
                Tel:  (617) 727-2200 Ext. 2592
                Fax:  (617) 727-3076
                Jesse.Boodoo@state.ma.us

Date:  July 30, 2019

## CERTIFICATE OF SERVICE

      I, Jesse M. Boodoo, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Jesse M. Boodoo_____
      Jesse M. Boodoo