UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. O'BRIEN AND ELIZABETH TAVARES,<br><br>      Plaintiffs,<br><br>v.<br><br>HON. ROBERT A. MULLIGAN (Ret.),<br><br>      Defendant. | Case No. 19-11433 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as the attorney for the Defendant Honorable Robert A. Mulligan (Ret.) in the above-captioned action.

            DEFENDANT
            HON. ROBERT A. MULLIGAN (Ret.),
            By its Attorneys

            MAURA HEALEY
            ATTORNEY GENERAL

            /s/ Anne Sterman
            Anne Sterman, BBO # 650426
            Assistant Attorney General
            Government Bureau/Trial Division
            One Ashburton Place, Room 1813
            Boston, MA  02108
            (617) 727-2200 x 2524
            anne.sterman@state.ma.us

Date:  July 31, 2019

**CERTIFICATE OF SERVICE**

      I, Anne Sterman, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ Anne Sterman
                                      Anne Sterman